LUIGI FAMBORILLE, as Administrator of the Estate of LORETE FAMBORILLE, Deceased, Respondent, *v.* ATLANTIC, GULF AND PACIFIC COMPANY, Appellant.

Reported below, 155 App. Div. 883.
(Submitted June 16, 1913; decided June 20, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1913, upon an order which reversed an order of the trial court granting a motion to set aside a verdict in favor of plaintiff and for a new trial, and reinstated the said verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that permission to appeal had not been obtained, and that the exceptions were frivolous.

*Walter A. Fullerton* for motion.

*Charles Irving Oliver* opposed.

Motion denied, with ten dollars costs.